IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00423-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

3.     MARK RODRIGUEZ,

      Defendant.

_____

### PRELIMINARY ORDER OF FORFEITURE
_____

This matter comes before the Court on the United States' Motion for Preliminary Order of Forfeiture [Docket No. 315] pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.  The Court having read said Motion and being fully advised in the premises finds:

1.     On November 23, 2015, the United States and defendant Mark Rodriguez entered into a Plea Agreement [Docket No. 262] which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure.

2.     The requisite nexus exists between the $977.00 in United States currency and the Cobra .380 pistol S/N CP093209 and possession with the intent to distribute a quantity of 50 grams or more of a substance containing methamphetamine to which defendant Mark Rodriguez pled guilty.

3.     Prior to the disposition of the assets, the United States, or its designated

sub-custodian, is required to seize the forfeited property and provide notice to any third

parties pursuant to 21 U.S.C. § 853(n).

Therefore, it is

**ORDERED** that defendant's interest in the following property:

a.      $977.00 in United States currency, and

b.       Cobra .380 pistol S/N CP093209

is forfeited to the United States in accordance with 21 U.S.C. § 853.  Pursuant to

Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall

become final as to the defendant at the time of sentencing and shall be made part of the

sentence and included in the judgment.  It is further

**ORDERED** that the United States is directed to seize the property subject to

forfeiture and further to make its return as provided by law.  It is further

**ORDERED** that the United States shall publish notice of this Preliminary Order of

Forfeiture in accordance with 21 U.S.C. § 853(n), via a government website, for at least

thirty consecutive days, and to make its return to this Court that such action has been

completed.  It is further

**ORDERED** that, upon adjudication of all third-party interests, if any, the Court will

enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853 and Rule 32.2(c)(2) of the

Federal Rules of Criminal Procedure, in which all interests will be addressed.  It is

further

**ORDERED** that the Court shall retain jurisdiction to enforce this Order and

adjudicate the interests of all third parties in ancillary proceedings.  Fed. R. Crim. P.

32.2(c)(1).  It is further

**ORDERED** that this Preliminary Order of Forfeiture may be amended pursuant to

Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.


DATED January 13, 2016.

BY THE COURT:


s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge