IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00423-PAB-3

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. MARK RODRIGUEZ,

    Defendant.

---

## ORDER

---

This matter is before the Court on the United States' Motion to Dismiss Indictment and Counts One and Five of Superseding Indictment [Docket No. 341]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Motion to Dismiss Indictment and Counts One and Five of Superseding Indictment [Docket No. 341] is granted. The Indictment and Counts One and Five of the Superseding Indictment are dismissed as to defendant Mark Rodriguez only.

DATED March 11, 2016.

                        BY THE COURT:

                        _____
                        PHILIP A. BRIMMER
                        United States District Judge